UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK McKISSACK,

       Plaintiff,

File no: 1:18-CV-799

v.

HON. ROBERT J. JONKER

VAN BUREN COUNTY SHERIFF'S
DEPARTMENT, et al.,

       Defendants.
                             /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 7, 2020 (ECF No. 21). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants DeLaRosa and Ampey's motion for summary judgment (ECF No. 17) is **GRANTED** as to Plaintiff's federal law claim brought under the Americans with Disabilities Act.

**IT IS FURTHER ORDERED** that the state law claims as to Defendants DeLaRosa and Ampey are **DISMISSED** pursuant to 28 U.S.C. § 1367.

**IT IS FURTHER ORDERED** that Defendant Unknown Party #2 is **DISMISSED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that inmate Dimas Garza is banned from representing *pro se* litigants in this Court and that any complaint, "power of attorney" or other paper filed in this

Court, which purports to appoint Dimas Garza as an "attorney in fact" or authorizes Garza to act for a *pro se* plaintiff, shall be dismissed without prejudice as filed contrary to 28 U.S.C. § 1654.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Date:   February 11, 2020                /s/ Robert J. Jonker
                                         ROBERT J. JONKER
                                         CHIEF UNITED STATES DISTRICT JUDGE